UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80705-CIV-DIMITROULEAS/SNOW

JAMES MEARS,

    Plaintiff,

vs.

TEXACO TASIN LLC and
PRIZM ENTERPRISE LLC,

    Defendants.

_____/

**ORDER OF DISMISSAL**

THIS CAUSE is before the Court on the Notice of Voluntary Dismissal as to Defendant Prizm Enterprise LLC With Prejudice (the "Notice") [DE 19], filed herein on July 14, 2016. The Court has carefully considered the Notice [DE 19] and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 19] is **APPROVED**;

2. This action is hereby **DISMISSED WITH PREJUDICE** as to Defendant Prizm Enterprise, LLC; and

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 14th day of July 2016.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record